L & W, INC., Plaintiff–Appellee,

v.

SHERTECH, INC. and Steven W. Sheridan, Defendants–Appellants.

No. 2008–1299.

United States Court of Appeals, Federal Circuit.

May 13, 2008.

R. Terrance Rader, Rader, Fishman & Grauer PLLC, Bloomfield Hills, MI, for Plaintiff–Appellee.

Steven C. Susser, Young & Susser, P.C., Southfield, MI, for Defendants–Appellants.

ON MOTION

*ORDER*

Shertech, Inc. and Steven W. Sheridan move to voluntarily dismiss their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.